IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

STEPHANIE HAYWOOD,                          *

              Plaintiff,                   *

v.                                                          Case No.   5:25-cv-00296-CAR
                                               *

WARNER ROBINS HOUSING AUTHORITY
et al.,                                                     *

              Defendants.                  *

**J U D G M E N T**

Pursuant to this Court's Order dated March 30, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 30th day of March, 2026.

                              David W. Bunt, Clerk

                              s/ Erin Pettigrew, Deputy Clerk